**FILED**

JUL 24 

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Magistrate No. |
| | : | |
| v. | : | Violation: |
| | : | 18 U.S.C. § 1344 (Bank Fraud) |
| **IMRAN AWAN,** | : | |
| | : | |
| | : | Case No: 1:17-mj-524 |
| Defendant. | : FIL | Assigned To: Magistrate Judge Deborah A. Robinson |
| | | Date Assigned: 07/24/2017 |
| | | Description: Complaint & Arrest Warrant |

**O R D E R**

This matter came before the Court on the Government's motion for a sealing order. In consideration of the criteria set forth in <u>Washington Post v. Robinson</u>, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991), and the representations made in the Government's motion, this Court grants the Government's motion and Orders that:

1. The Clerk of the Court shall place and maintain under seal, until further order of the Court, the Affidavit in Support of Criminal Complaint and Arrest Warrant, the Criminal Complaint, the Arrest Warrant, this Motion and Supporting Memorandum, the proposed Order attached to this Motion, and this Order; and

2. The Government is authorized to disclose any of the above-listed documents in order to comply with any discovery, <u>Giglio</u>, or <u>Brady</u> obligations in any criminal case.

**SO ORDERED, this 24th day of July, 2017.**

_____
DEBORAH ROBINSON
UNITED STATES MAGISTRATE JUDGE

cc:   AUSA Michael Marando
      555 Fourth Street, N.W., Room
      Washington, D.C. 20530