AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**FILED**

**JUL 2 5 2017**

Clerk, U.S. District and
Bankruptcy Courts

United States of America
v.

IMRAN AWAN

*Defendant*

)
)
)
)
)
)
)

Case No: 1:17-mj-524
Assigned To: Magistrate Judge Deborah A. Robinson
Date Assigned: 07/24/2017
Description: Complaint & Arrest Warrant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **IMRAN AWAN**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1344 (BANK FRAUD)

Date: 07/24/2017

*Issuing officer's signature*

City and state: WASHINGTON, DC

**Deborah A. Robinson**
United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7-24-17, and the person was arrested on *(date)* 7-24-17
at *(city and state)* Dulles, VA.

Date: 7-24-17

*Arresting officer's signature*

Brandon Merriman - Special Agent
*Printed name and title*