**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA,**

**v.**

**IMRAN AWAN,**

    *Defendant.*

**Case No: 1:17-mj-00524-DAR**

## DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

COMES NOW Defendant, Imran Awan ("Defendant" or "Mr. Awan"), through undersigned counsel, and respectfully moves this Court to modify the conditions of release. In support, Defendant would state as follows:

Mr. Awan appeared in front of this Court in response to a criminal complaint on July 25, 2017. At that initial appearance, this Court ordered that Mr. Awan be released to the High Intensity Supervision Program ("HISP"). HISP requires that participants have a specific verified address where they are to live. Mr. Awan's sister and brother attended the hearing. Both gave consent to allow Mr. Awan to reside at their addresses. The pre-trial services representative present at the hearing verified both addresses. Mr. Awan chose to live at his sister's address. His sister had unfortunately had not consulted her husband about the process. Mr. Awan's brother-in-law does not want Mr. Awan residing at his address. Mr. Awan therefore asks this Court to modify the conditions of release so that Mr. Awan's address will be his brother's, which was the address originally listed in his pre-trial services report.

Mr. Awan's defense team has spoken to the United States in the person of assistant United States Attorney Michael Marando, who has no objection to the relief sought in this motion.

WHEREFORE, Mr. Awan respectfully requests that this honorable Court modify the conditions of release in this case to allow Mr. Awan to change is address to that of his brother. Given the simple nature of the request, and the fact that the request is unopposed, the defense believes there is no need to for a court appearance or argument on the matter.

Respectfully submitted,

Dated: <u>July 26, 2017</u>

_____/s/ Jesse I. Winograd_____
Jesse I. Winograd
DC Bar No.: 986610
Gowen Rhoades Winograd & Silva PLLC
513 Capitol Court N.E., Suite 100
Washington, D.C. 20002
Phone: (202) 380-9355
Facsimile: (202) 499-1370
E-mail: jwinograd@gowenrhoades.com
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that this 26th day of July, 2017, he has caused the foregoing Motion and its accompanying Proposed Order to be served upon all counsel of record, via this Court's electronic filing system.


           /s/ Jesse I. Winograd
            Jesse I. Winograd