**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**IMRAN AWAN,**<br><br>*Defendant*. | **Case No: 1:17-mj-00524-DAR** |

### CONSENT MOTION TO CONTINUE HEARING

On July 25, 2017, the Court scheduled the Preliminary Hearing in this matter for August 21, 2017. Defense counsel has developed a conflict on that date and, accordingly, with the consent of the government, respectfully requests that the hearing be continued and rescheduled for any time available on the Court's calendar from August 30 to September 1, 2017. Pursuant to Fed. R. Crim .P. 5.1(d), defendant Imran Awan hereby consents to an extension of the time limits in Rule 5.1(c) through and including the later indicated date of September 1, 2017. Undersigned has conferred with counsel for the government who indicated the government's consent to the requested continuance.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: August 10, 2017 | /s/<br>Aaron Marr Page (974936)<br> *Of Counsel*<br>Gowen Rhoades Winograd & Silva PLLC<br>513 Capitol Court N.E., Suite 100<br>Washington, D.C. 20002<br>Tel. (202) 618-2218<br>Fax (202) 499-1370<br>aaron@ampjustice.com<br>*Counsel for defendant* |