IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>IMRAN AWAN,<br><br>*Defendant.* | Case No: 1:17-mj-00524-DAR |

### ORDER

Upon consideration of Defendant's Consent Motion to Continue the Preliminary Hearing in this matter scheduled for August 21, 2017, it is hereby:

**ORDERED** that the Motion is **GRANTED**, and it is further

**ORDERED** that the August 21, 2017 Preliminary Hearing is continued until September 1, 2017.

**SO ORDERED.**

Date: August 11, 2017

G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE